```
                                    ✓ FILED    ___ LODGED
                                    ___ RECEIVED ___ COPY

                                        JUL 0 1 2025

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY____K/1_____Z DEPUTY
```

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Assistant United States Attorney
Arizona State Bar No. 019133
123 N. San Francisco St., Suite 410
Flagstaff, AZ 86005
Telephone: 928-556-5001
Email: dimitra.sampson@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-08113-PCT-DLR (ESW) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 875(c) (Interstate Threats) Counts 1-2 |
| Christopher Michael Dehaven, | | 18 U.S.C. § 1512(b)(1) (Witness Tampering) Count 3 |
| Defendant. | | 18 U.S.C. § 1512(c)(2) (Tampering with an Official Proceeding) Count 4 |
| | | 18 U.S.C. § 115(a)(1)(B) (Retaliating Against a Federal Officer) Count 5 |
| | | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) (Possession with Intent to Distribute Methamphetamine) Count 6 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about June 6, 2025, in the District of Arizona, the defendant, CHRISTOPHER MICHAEL DEHAVEN, did knowingly and willfully transmit, in interstate commerce, a

communication containing a threat to injure S.H.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about June 6, 2025, in the District of Arizona, the defendant, CHRISTOPHER MICHAEL DEHAVEN, did knowingly and willfully transmit, in interstate commerce, a communication containing a threat to injure C.W.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or between June 5, 2025 and June 7, 2025, in the District of Arizona, the defendant, CHRISTOPHER MICHAEL DEHAVEN, did knowingly attempt to intimidate and threaten S.H. by threatening to kill and assault S.H. and by driving around looking for S.H., with the intent to influence and prevent the testimony of S.H. in an official proceeding, a federal drug trafficking and firearms prosecution in CR-25-8090-PCT-JJT, in violation of Title 18, United States Code, Section 1512(b)(1).

## COUNT 4

On or between June 5, 2025 and June 7, 2025, in the District of Arizona, the defendant, CHRISTOPHER MICHAEL DEHAVEN, did corruptly attempt to obstruct, influence, and impede a federal drug trafficking and firearms prosecution in CR-25-8090-PCT-JJT, an official proceeding, by threatening to kill and assault S.H. and by driving around looking for S.H., to prevent the availability of S.H.'s witness testimony.

In violation of Title 18, United States Code, Section 1512(c)(2).

## COUNT 5

On or about June 6, 2025, the defendant, CHRISTOPHER MICHAEL DEHAVEN, did threaten to assault a federal law enforcement officer, C.W., and did so with the intent to impede, intimidate, interfere with and retaliate against C.W., while C.W. was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 6**

On or about June 11, 2025, in the District of Arizona, the defendant, CHRISTOPHER MICHAEL DEHAVEN, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: July 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/*
DIMITRA H. SAMPSON
Assistant U.S. Attorney